[No. 4507–2–III.   Division Three.   May 25, 1982.]

*In the Matter of the Marriage of* WILLIAM R. SUTHERLAND, *Appellant, and* NARCISA SUTHERLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 229784, Philip J. Thompson, J., entered March 20, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Roe, J., Munson, J., dissenting.

[No. 4449–1–III.   Division Three.   May 25, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. RONALD LEWIS YAPP, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–1–00853–7, Thomas E. Merryman, J., entered February 23, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

[No. 4462–9–III.   Division Three.   May 25, 1982.]

HERMAN ROSKAMP, ET AL, *Appellants,* v. YAKIMA COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–2–01342–0, Blaine Hopp, Jr., J., entered February 27, 1981. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.